425 A.2d 743

**COMMONWEALTH of Pennsylvania**

v.

**James Tate ORAM, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 27, 1981.

Decided Feb. 27, 1981.

Cleveland C. Hummel, Bloomsburg, for appellant.

Gailey C. Keller, Dist. Atty., Elwood R. Harding, Jr., Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Columbia County is affirmed.